UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES FOR THE USE :
AND BENEFIT OF T.R. JOY & :
ASSOCIATES, INC., :
                            Plaintiff : 24 Civ. 9266 (LGS)
                                                  :
        -against- :
                                                  : **ORDER**
PHILADELPHIA INDEMNITY :
INSURANCE CO. :
                            Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant filed a motion to dismiss on April 24, 2025.

    WHEREAS, the motion to dismiss was fully briefed as of May 28, 2025.

    WHEREAS, on September 17, 2025, the parties requested that the fully briefed motion to dismiss be held in abeyance, as a pending settlement in a related matter would result in the dismissal of this action.

    WHEREAS, on October 17, 2025, the parties further advised that a fully executed settlement agreement would be in place shortly. It is hereby

    **ORDERED** that in the interest of efficiency, Defendants' motion to dismiss is **DENIED** without prejudice to refiling should the parties fail to resolve the case.

    The Clerk of Court is respectfully direct to close the motion at Dkt. No. 20.

Dated: November 3, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE