UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES FOR THE USE
AND BENEFIT OF T.R. JOY &
ASSOCIATES, INC.,

                        Plaintiff          24 Civ. 9266 (LGS)

      -against-

                                       **ORDER**

PHILADELPHIA INDEMNITY
INSURANCE CO.
                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated October 20, 2025, required the parties to file a joint letter by November 17, 2025, and every thirty days thereafter until this case is dismissed.

    WHEREAS, the parties did not file the required status letter by November 17, 2025. It is hereby

    **ORDERED** that the parties shall file a joint letter on by November 21, 2025, and every thirty days thereafter, providing a status update until the case is dismissed.

Dated: November 19, 2025
         New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE